```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :    15-CR-877 (PAE)
                                                                        :
JESSE RIVERA,                                                           :    SCHEDULING ORDER
EDWIN LEON,                                                             :
JEFFREY SERRANO,                                                        :
ANTHONY MORENO,                                                         :
VARMEL RHAMES,                                                          :
REMEL HAYNES,                                                           :
JUAN MENDEZ                                                             :
                                                                        :
            Defendants.                                                 :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at Monday's conference, the Court hereby sets the following schedule and deadlines:

- Any motions to suppress shall be filed no later than September 9, 2016.

- The government's opposition to any motions to suppress shall be filed no later than September 30, 2016.

- A suppression hearing will be held **October 13, 2016** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        SO ORDERED.

Dated: August 17, 2016
       New York, New York

                                                        Paul A. Engelmayer
                                                        United States District Judge