USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2017

Law Offices of
**Susan K. Marcus**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

February 10, 2017

<u>VIA ECF</u>

Honorable Paul Engelmayer
United States District Court
40 Foley Square
New York, NY 10007

In re: *United States v. Torres* 15-CR-877 (on behalf of Jesse Rivera)

Dear Judge Engelmayer:

    This request is respectfully submitted on behalf of Jesse Rivera. I understand that Mr. Mendez is still engaged in continuing plea discussions that may make the severance motion unnecessary. I therefore request an additional three weeks, until the beginning of March, 2017 or later, to file a severance motion on behalf of Mr. Rivera. I request, therefore, that the conference to hear the severance motion, that was scheduled for February 28, 2017 also be adjourned, to allow for Mr. McKay to file a response, if one is necessary. Mr. Finzi and Mr. McKay both consent to the adjournment.

    Thank you for your consideration.

Respectfully submitted,

/s/ Susan K. Marcus
Susan K. Marcus, Esq.
Attorney for Jesse Rivera

2/13/17

GRANTED. Any motion for severance shall be filed by March 7, 2017, any response shall be filed by March 14, 2017. A hearing on any motion for severance is scheduled for March 21, 2017 at 10:45 a.m. With a possible trial for Mr. Mendez scheduled to begin June 5, 2017, any further extensions of these deadlines is unlikely. The Clerk of Court is requested to terminate the motion at Dkt. No. 183

2/13/2017

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge